IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                                           **PLAINTIFF**
ADC #163201

v.                              No. 4:23-CV-00793-LPR-JJV

**MIKE KNODEL, et al.**                                                                           **DEFENDANTS**

**ORDER**

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 7) and the Plaintiff's Objections (Docs. 29 & 30).[1] After a *de novo* review of the PRD, along with careful consideration of the Plaintiff's Objections and the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff may proceed past screening with his Fourteenth Amendment excessive force claim against Defendant Graef.  All other claims are DISMISSED without prejudice.  Defendants Knodel, Shuler, and Ables are DISMISSED without prejudice, and the Clerk of the Court is instructed to terminate them as party Defendants.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Although Docs. 29 and 30 are styled on the docket as Plaintiff's Objections and Supporting Memorandum, the documents appear to have been filed in response to the affirmative defenses asserted in Defendant Graef's Answer to the Amended Complaint.  *See* Answer (Doc. 21) at 2.  In any event, the Court has considered those documents, but they do not affect the outcome of the Court's decision.